IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CURTIS J. MAY, )<br><br>Plaintiff, )<br><br>v. )<br><br>FOXHALL INVESTORS, LLC and )<br>WILLIAM HARRISON MERRILL, )<br>SR., )<br><br>Defendants. )<br> ) | CASE NO. 1:14-cv-00745-TCB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Curtis J. May and Defendants Foxhall Investors, LLC and William Harrison Merrill, Sr., by and through their attorneys of record, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismiss this action and all claims asserted herein with prejudice to their refiling.  All parties shall bear their own costs.

2

Respectfully submitted this 1st day of October, 2014.

/s W. Anthony Collins, Jr., Esq.
W. Anthony Collins, Jr.
Ga. Bar No. 141712
wicollin@hotmail.com
Matthew W. Herrington
Ga. Bar No. 275411
herrington.matthew@gmail.com
SMITH COLLINS, LLC
8565 Dunwoody Place
Building 15, Suite B
Atlanta GA  30350
404-806-7180
404-437-6265 Fax

Attorneys for Plaintiff

/s Matthew T. Gomes, Esq.
Matthew T. Gomes
Georgia Bar No. 297453
mgomes@wwhgd.com
WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA  30326
404-876-2700
404-875-9433 Fax

Hugh O. Nowell
Georgia Bar No. 547375
hnowell@merrilltrust.com
8000 Capps Ferry Road
Douglasville, GA  30135
404-467-6916

Attorneys for Defendants

2